## GERACI v. STATE RESIDENCE COMMITTEE OF U.N.C.

No. 288P92

Case below: 106 N.C.App. 493

Petition by plaintiff Kelly M. Geraci for writ of supersedeas of the judgment of the Court of Appeals denied 14 August 1992. Notice of appeal from the North Carolina Court of Appeals by Kelly M. Geraci pursuant to G.S. 7A-30 dismissed 14 August 1992. Petition by Kelly M. Geraci for discretionary review pursuant to G.S. 7A-31 denied 14 August 1992.

## HAGGARD v. MITCHELL

No. 265P92

Case below: 106 N.C.App. 392

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

## HANOVER INSURANCE CO. v. AMANA REFRIGERATION, INC.

No. 175P92

Case below: 106 N.C.App. 79

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

## HENSELL v. WINSLOW

No. 232P92

Case below: 106 N.C.App. 285

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

## HOOD v. HOOD

No. 230P92

Case below: 106 N.C.App. 392

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.